United States District Court
Eastern District of California

Albara A H Ramli

Plaintiff(s)

V.

Marco Rubio et al

Defendant(s)

Case Number: 2:26 cv 02456 CSK

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jennifer E. Nimer hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff

On 07/25/2008 (date), I was admitted to practice and presently in good standing in the Southern District of Ohio (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Kevin Holden et al v. Marco Rubio et al; 2:25 cv 02449 TLN SCR; 8/26/25 granted.

Date: 07/15/2026

Signature of Applicant: /s/ Jennifer E. Nimer

**Pro Hac Vice Attorney**

Applicant's Name: Jennifer E. Nimer

Law Firm Name: Nimer Law LLC

Address: 6500 Emerald Pkwy
Suite 100

City: Dublin State: Ohio Zip: 43016

Phone Number w/Area Code: (614) 927 0270

City and State of Residence: Columbus, Ohio

Primary E-mail Address: jnimer@nimerlaw.com

Secondary E-mail Address: ______

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Curtis Lee Morrison

Law Firm Name: Red Eagle Law LC

Address: 5256 S. Mission Rd.
Suite 135

City: Bonsall State: CA Zip: 92003

Phone Number w/Area Code: (714) 661 3446 Bar # 321106

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 7/17/2026

[signature]

JUDGE, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

# CERTIFICATE OF GOOD STANDING

I, Richard W. Nagel, Clerk of this Court, certify that,

**Jennifer E. Nimer**

Attorney Registration No. **0079475**

was duly admitted to practice in this Court on

July 25, 2008

and is in good standing as a member of the Bar of this Court.

Dated at Dayton, Ohio on July 15, 2026.

**RICHARD W. NAGEL, CLERK OF COURT**

*CLERK OF COURT*

Anne Wamsley

*Signature of Clerk or Deputy Clerk*